RECEIVED
IN LAKE CHARLES, LA.

FEB 5 2013

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| GERALD YOUNG<br>DOC #78228<br><br>VS.<br><br>OFFICE OF CHILD SAFETY, ET AL | CIVIL ACTION NO. 11-1417-LC<br><br>SECTION P<br><br>JUDGE MINALDI<br><br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 20] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the plaintiff's claims against District Judge G. Michael Canady; "District Attorney"; and sex offender assessment administrator Mike Monic herein be **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief may be granted and for seeking monetary relief against defendants who are immune from suit pursuant to the provisions of 28 U.S.C. 1915(e)(2)(B) and 28 U.S.C. 1915(A)(b)(1).

**IT IS FURTHER ORDERED** that the plaintiff's claims against Robin Doxy and Kris (a/k/a Christ) McCown be **DISMISSED WITHOUT PREJUDICE** to plaintiff's right to reopen this suit once the *Heck* conditions are met.

Lake Charles, Louisiana, on this _5_ day of _February_, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE